United States District Court
Southern District of Texas
**ENTERED**
June 10, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JESSIE HARDIN, <br> (TDCJ-CID #1837179), <br>     Plaintiff, <br> VS. <br><br> PACK UNIT, <br>     Defendant. | § <br> § <br> § <br> §    CIVIL ACTION NO. H-20-1915 <br> § <br> § <br> § |

**FINAL JUDGMENT**

For the reasons stated in this Court's Memorandum and Opinion entered this date, this civil action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on   June 10  , 2020.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**

O:\RAO\VDG\2020\20-1915.a01.wpd